**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**MICHAEL A. ADAMS**                                                              **PLAINTIFF**

**VS.**                              **3:16CV00316-BRW/PSH**

**MARTY BOYD,** *et al*                                                           **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, the Court approves and adopts the Proposed Findings and Partial Recommended Disposition in its entirety.

Accordingly, Plaintiff's claims against the Craighead County Detention Center[1] are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED this 7th day of December, 2016 (Pearl Harbor Day).


_/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1] The Proposed Findings and Recommended Disposition uses "Craighead County Detention Facility" and "Craighead County Detention Center" interchangeably in referring to the same defendant.