## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MICHAEL A. ADAMS                                                                                         PLAINTIFF
ADC #651924

V.                                              3:16CV00316 BRW/PSH

MARTY BOYD *et al*                                                                                    DEFENDANTS

## ORDER

Plaintiff Michael A. Adams filed this *pro se* complaint on November 1, 2016. Among the defendants Adams named were unidentified Does. Without a name, service cannot be attempted. Accordingly, Adams is directed to provide names for the Does, along with a short statement describing their role in the alleged constitutional violations. Adams' failure to do so within 30 days will result in the recommended dismissal of his claims against the Does.

IT IS SO ORDERED this 8th day of March, 2017.

_____
UNITED STATES MAGISTRATE JUDGE