# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

MICHAEL A. ADAMS                                                         PLAINTIFF

V.                              NO: 3:16CV00316 BRW/PSH

MARTY BOYD *et al*                                                      DEFENDANTS

## ORDER

On March 28, 2017, defendant Arthur Bentley filed a motion to compel responses to his discovery requests. Although more than 14 days have passed, plaintiff Michael A. Adams has not responded to the motion. Accordingly, the motion to compel (docket entry no. 24) is granted, and the plaintiff is directed to respond to the discovery requests on or before May 12, 2017.

IT IS SO ORDERED this 13th day of April, 2017.

_____
UNITED STATES MAGISTRATE JUDGE