IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL A. ADAMS                                                                    PLAINTIFF
ADC #651924

V.                          NO: 3:16CV00316 BRW/PSH

MARTY BOYD, *et al.*                                                              DEFENDANTS

## ORDER

On February 21, 2017, Plaintiff Michael Adams filed a notice of address change indicating that he would be at the Arkansas Department of Correction's Grimes Unit for a period of time and at another address after March 3, 2017. *See* Doc. No. 20. Mail to Adams was subsequently sent to the Grimes Unit. The Court directs the clerk to update Adams' address to 1428 2nd Street, #1, Earle, Arkansas 72331, and to resend docket entries 22 through 32 to Adams at the updated address. Additionally, Adams is given an additional 14 days from the date of this Order to respond to defendant Boyd's motion to dismiss (Doc. No. 27).

Finally, it appears Adams is not currently incarcerated. When a plaintiff is released from confinement, the Court's policy is to require re-submission of affidavits to determine whether the plaintiff should be required to pay all, or a portion of, the fees and costs of the lawsuit. Accordingly, Adams must either (1) pay the $350.00 filing fee in full or (2) resubmit an *in forma pauperis* application which reflects his free-world financial status within 30 days of the entry of this Order. Adams' failure to pay the filing fee or submit an *in forma pauperis* application within 30 days will result in the recommended dismissal of his complaint.

IT IS SO ORDERED this 20th day of June, 2017.

_____
UNITED STATES MAGISTRATE JUDGE