IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL A. ADAMS                                                                            PLAINTIFF
ADC #651924

VS.                                      3:16CV00316 BRW

MARTY BOYD, *et al.*                                                                        DEFENDANTS

## ORDER

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommended Disposition in their entirety.

Accordingly, Plaintiff's complaint (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE. Defendant's Motion to Dismiss (Doc. No. 27) is DENIED as MOOT.

IT IS SO ORDERED this 15th day of August, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE