# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL A. ADAMS**  **PLAINTIFF**
**ADC #651924**

**V.**　　　　　　　　　**NO: 3:16CV00316 BRW**

**MARTY BOYD,** *et al.*　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this August 15, 2017, judgment is entered dismissing this case without prejudice.

DATED this 16th day of August, 2017.

　　　　　　　　　/s/Billy Roy Wilson
　　　　　　　　　UNITED STATES DISTRICT JUDGE